05-61363.ob

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61363 CIV-COOKE

ANDRE JOHNSON,

    Plaintiff,

vs.

AMERUS LIFE INSURANCE COMPANY
and RODNEY BROWN,

    Defendants.
_____/

AMERUS LIFE INSURANCE COMPANY
and RODNEY BROWN,

    Third-party Plaintiffs,

vs.

ANDRE MELTON,

    Third-Party Defendant.
_____/

## ORDER DENYING SUPPLEMENTAL MOTION (MEMORANDUM) FOR A PROTECTIVE ORDER

**This matter** is before this Court on defendant Brown's Supplemental Memorandum in Support of Brown's Motion for a Protective Order, filed October 12, 2006. The Court has considered the supplemental memorandum/motion and all pertinent materials in the file.

There are two problems with this document: (1) it violates Local Rule 7.1.C: and (2) the original motion for protective order has already been denied.

As to the first point, Local Rule 7.1.C provides for a motion accompanied by a memorandum of law, followed by a response, followed by a reply. It further states "[N]o further or additional memoranda of law shall be filed without prior leave of Court."

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED**

1

**AND ADJUDGED** that the Motion is hereby **DENIED without prejudice.**

**DONE AND ORDERED** this 17th day of October, 2006, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable Marcia G. Cooke